SCOTTLYNN J HUBBARD IV, SBN 212970
**LAW OFFICES OF LYNN HUBBARD**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: usdceast@hubslaw.com

Attorney for Plaintiff Brenda Pickern

CHRISTINE FUJITA, SBN 274750
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
Email:  cfujita@gibsondunn.com

Attorney for Defendant McDonald's Corporation

JENNIFER E. DUGGAN, SBN 183833
**DUGGAN LAW CORPORATION**
641 Fulton Avenue, Suite 200
Sacramento, CA  95825
Telephone: (916) 550-5309
Facsimile: (916) 404-5900
Email:  jennifer@duggan-law.com

Attorney for Defendant Teague Management, Inc.

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brenda Pickern,<br><br>    Plaintiff,<br><br>    vs.<br><br>Teague Management, Inc., et al.,<br><br>    Defendants. | Case No. 2:14-cv-01210-JAM-CMK<br><br>**Joint Stipulation for Dismissal and Order Thereon** |

*Pickern v. Teague Management, Inc., et al.,*                    Case No. 2:14-cv-01210-JAM-CMK
Joint Stipulation for Dismissal and Order Thereon
Page 1

TO THE COURT AND TO ALL PARTIES:

Plaintiff, Brenda Pickern, and defendants, Teague Management, Inc. dba McDonald's #6832 and McDonald's Corporation, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated:  November 10, 2014     DISABLED ADVOCACY GROUP, APLC

 /s/   Scottlynn J Hubbard            /
SCOTTLYNN J HUBBARD IV
Attorney for Plaintiff

Dated:  November 10, 2014     GIBSON, DUNN & CRUTCHER LLP

 /s/   Christine Fujita              /
CHRISTINE FUJITA
Attorney for Defendant McDonald's Corporation

Dated:  November 10, 2014     DUGGAN LAW CORPORATION

 /s/   Jennifer E. Duggan           /
JENNIFER E. DUGGAN
Attorney for Defendant Teague Management, Inc.

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:14-cv-01210-JAM-CMK, is dismissed with prejudice in its entirety.

Dated:  11/10/2014

/s/ John A. Mendez_____
United States District Court Judge

*Pickern v. Teague Management, Inc., et al.,*                               Case No. 2:14-cv-01210-JAM-CMK
Joint Stipulation for Dismissal and Order Thereon
Page 2